Appeal No. 79-73. RICHARD J. FLYNN *et al. v.* PAUL A. BURKHARDT *et al.* This case comes before us on a motion to affirm a judgment entered by the Superior Court pursuant to a mandate issued by this court in *Flynn* v. *Burkhardt,* 118 R.I. 69, 378 A.2d 1057 (1977). Counsel argued the motion on Friday, October 5, 1979.

We are of the opinion that the Justice of the Superior Court followed the mandate of this court and that his decision on damages was supported by the evidence presented.

For these reasons, the judgment of the Superior Court is hereby affirmed. *Milton Bernstein,* for plaintiffs. *Charleson & Brill, Marvin A. Brill,* for defendants.